# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kennelly, Matthew F. | Northern District of Illinois | 5/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - active status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States District Court
219 South Dearborn Street
Room 2188
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Director | Richard Linn American Inn of Court (bar organization) |
| 3. | Director | Federal Bar Association, Chicago Chapter (bar organization) |
| 4. | Director | HFS Chicago Scholars (not for profit scholarship fund) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 5/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | City of Evanston, Illinois |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Naples Roundtable, Inc. - Leahy Institute of Advanced Patent Studies | 2/17/2018-2/20/2018 | Naples, FL | Speaker and participant at seminar | transportation, lodging and meals |
| 2. | University of Arizona School of Law | 3/4/2016-3/8/2016 | Tucson, AZ | Speaker at seminar | transportation, lodging and meals |
| 3. | Duke Law School | 4/25/2018-4/27/2018 | Atlanta, GA | Speaker at seminar | transportation, lodging and meals |
| 4. | American Law Institute | 7/25/2018-7/28/2018 | Santa Fe, NM | Speaker at seminar | transportation, lodging and meals |
| 5. | New York University Law School | 10/11/2018-10/13/2018 | New York, NY | Speaker at seminar | transportation, lodging and meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club of Chicago | Privilege holder (< dues than member; privilege of using facilities @ standard fees) | $1,800.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Am. Funds Europacific Growth Fund mut. fund | C | Dividend | M | T | | | | | |
| 2. | Am. Funds Fundamental Investors mut. fund | C | Dividend | N | T | | | | | |
| 3. | Am. Funds Growth Fund of Am. mut. fund | C | Dividend | N | T | | | | | |
| 4. | Am. Funds Investment Co. of Am. mut. fund | C | Dividend | M | T | | | | | |
| 5. | MFS Municipal Ltd Maturity Bond Fund mut fund | A | Dividend | K | T | Sold (part) | 01/02/18 | J | A | |
| 6. | | | | | | Sold (part) | 12/27/18 | K | A | |
| 7. | Am. Funds New Perspective mut. fund | C | Dividend | N | T | | | | | |
| 8. | Am. Funds Smallcap World Fund mut. fund | A | Dividend | M | T | | | | | |
| 9. | Am. Funds Tax Exempt Bond Fund of Am. mut. fund | B | Dividend | L | T | | | | | |
| 10. | Dreyfus Insured Deposit - money mkt. fund | A | Dividend | J | T | | | | | |
| 11. | Fidelity Cash Reserves - money mkt. fund | B | Dividend | M | T | | | | | |
| 12. | Fidelity Growth & Income mut. fund | A | Dividend | K | T | | | | | |
| 13. | JP Morgan Chase bank accounts | A | Interest | J | T | | | | | |
| 14. | JP Morgan Chase checking account | | None | J | T | | | | | |
| 15. | Am. Funds AMCAP Fund mut. fund (IRA) | A | Dividend | M | T | | | | | |
| 16. | Am. Century Diversified Bond Fund (IRA) | B | Dividend | K | T | Buy | 06/29/18 | K | | |
| 17. | Am. Century Small Cap Growth mut. fund (IRA) | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Am. Century Heritage Fund mut. fund (IRA) | | None | M | T | Sold (part) | 06/29/18 | K | C | |
| 19. Am. Corporate Bond Fund (IRA) | C | Dividend | M | T | Buy | 06/29/18 | M | | |
| 20. Am. High Income Trust mut. fund (IRA) | C | Dividend | L | T | | | | | |
| 21. Am. Funds Bond Fund of Am. mut. fund (IRA) | D | Dividend | N | T | | | | | |
| 22. Am. Funds Europacific Growth Fund mut. fund (IRA) | A | Dividend | K | T | | | | | |
| 23. Am. Funds Growth Fund of Am. mut. fund (IRA) | A | Dividend | L | T | | | | | |
| 24. Am. Funds Investment Co. of Am. mut. fund (IRA) | B | Dividend | L | T | | | | | |
| 25. Am. Funds New World Fund (IRA) | A | Dividend | L | T | | | | | |
| 26. Russell Global Real Estate Secs. mut. fund (IRA) (name chng) | C | Dividend | L | T | | | | | |
| 27. Am. Funds Smallcap World Fund mut. fund (IRA) | A | Dividend | J | T | | | | | |
| 28. Am. Funds Wash. Mut. Investors mut. fund (IRA) | A | Dividend | L | T | Sold (part) | 06/29/18 | K | | |
| 29. AB Global Bond Fund mut. fund (IRA) | C | Dividend | M | T | | | | | |
| 30. Brown Cap. Mgmt. Small Co. Fund mut. fund (IRA) | | None | L | T | Sold (part) | 06/29/18 | K | D | |
| 31. Credit Suisse Commod. Return Strategy Fund ((IRA) | A | Dividend | K | T | | | | | |
| 32. Delaware Emerging Mkts. mut. fund (IRA) | A | Dividend | L | T | Sold (part) | 01/19/18 | J | A | |
| 33. DWS Enhanced Commod. Strategy Fund (IRA) | D | Dividend | L | T | Buy | 06/29/18 | L | | |
| 34. John Hancock Disiplined Value Mid Cap Fund (IRA) | A | Dividend | K | T | Buy | 06/29/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppenheimer Developing Mkts. Fund mut. fund (IRA) | A | Dividend | L | T | Sold (part) | 04/18/18 | J | A | |
| 36. Pimco Commod. Real Return Fund mut. fund. (IRA) | C | Dividend | K | T | | | | | |
| 37. Vanguard Index Funds REIT Fund (IRA) | | None | | | Sold | 06/29/18 | L | E | |
| 38. Dreyfus Insured Deposit money mkt. fund (IRA) | | None | J | T | | | | | |
| 39. Northwestern Mutual Extra Ordinary Life whole life ins. policy | D | Dividend | N | T | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kennelly, Matthew F. | 5/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Matthew F. Kennelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544